**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MATTHEW AUBLE *et al.*, | |
| Plaintiffs, | **Civil Action No.:** 3:25-cv-00240-DRL-SJF |
| v. | |
| WINNEBAGO INDUSTRIES, INC. and GRAND DESIGN RV, LLC, | |
| Defendants. | |

## <u>NOTICE OF RELATED ACTION</u>

Pursuant to Local Rule 40-1(d), Plaintiffs Matthew Auble, Leo Critchfield, Michael Croteau, Michael O'Neal, Daniel Peabody, Gary Pfeiffer, and Jim Rieber ("Plaintiffs"), hereby notify the Court of the following earlier-filed related action pending in this Court:

*Nowak v. Grand Design RV, LLC et al.*, No. 3:24-cv-00950-PPS-JSF

These actions arise out of the same transaction or occurrence, as both actions allege that certain make and model recreational vehicles were defectively manufactured by Grand Design RV, LLC and its parent, Winnebago Industries, Inc.

Accordingly, the instant action should be related to the *Nowak* action pursuant to Local Rule 40-1(d).

Dated: March 26, 2025

Respectfully submitted,

<u>/s/ Lynn A. Toops</u>
Lynn A. Toops
COHENMALAD LLP
One Indiana Sq., Ste. 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of March, 2025, I filed the foregoing document using the Court's CM/ECF system, which will provide notice to all counsel of record.


<u>/s/ Lynn A. Toops</u>