UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MATTHEW AUBLE, et al. | |
| Plaintiffs, | |
| v. | CAUSE NO.: 3:25-CV-240 |
| WINNEBAGO INDUSTRIES, INC. AND GRAND DESIGN RV, LLC. | |
| Defendants. | |

## ORDER

In consideration of the speedy administration of justice, and pursuant to N.D. Ind. L.R. 40-1(f), this action is reassigned from the docket of Judge Damon R. Leichty to Judge Philip P. Simon as the presiding judge. The Magistrate Judge is reassigned from Magistrate Judge Scott J. Frankel to Magistrate Judge Abizer Zanzi.

SO ORDERED on July 31, 2025.

                                            s/ Holly A. Brady
                                            CHIEF JUDGE HOLLY A. BRADY
                                            UNITED STATES DISTRICT COURT